# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),    :    Case No. 3:11cr97(1)

- vs -    Magistrate Judge Michael R. Merz

DANIEL R. HAMILTON

        Defendant(s).    :

## ORDER REVOKING PROBATION

This case came on for hearing on May 29, 2012, on report of the Probation Officer that Defendant had violated the conditions of his probation by testing positive for Oxycodone and Hydrocodone on January 25, 2012, Hydrocodone on February 22, 2012; failing to report to the probation department on April 2, 2012, and April 5, 2012; failing to submit monthly reports to the probation department for March and April 2012; failing to make payments toward restitution and special assessment; and failing to report to FCI Ashland on May 16, 2012, to begin his 90-day jail sentence.

Defendant admitted the violations of the conditions of his probation.

Accordingly, it is hereby ordered that Defendant Daniel R. Hamilton's probation is revoked and he is remanded to the custody of the Attorney General of the United States for a term of six (6) months.

May 29, 2012

                                            **s/ Michael R. Merz**
                                            United States Magistrate Judge